UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIEN TAN VO,<br><br>　　　　　Defendant. | Case No. 23cr1700-AHG<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　　WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property of Defendant TIEN TAN VO ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(2)(B) as property constituting proceeds of the offense set forth in Count 1, in violation of Title 18, United States Code, Sections 542 and 3.

　　　　WHEREAS, on August 24, 2023, Defendant pled guilty before Magistrate Judge Allison H. Goddard to Counts 1 and 2 of the Information, which pleas included consent to the forfeiture allegations of the Information, including but not limited to entry of a forfeiture money judgment in the amount of $100,767.00, representing the proceeds Defendant personally received from the offense set forth in Count 1, which forfeiture shall be included and incorporated as part of the judgment in this case; and

　　　　WHEREAS, on August 24, 2023, this Court accepted Defendant's guilty plea; and

1

2   WHEREAS, by virtue of the admissions of the Defendant set out in the plea
3   agreement and guilty plea, the Court hereby finds that $100,767.00 represents the
4   amount of proceeds the Defendant personally obtained directly as a result of the offense
5   set forth in Count 1 to which Defendant pled guilty, in violation of 18 U.S.C. §§ 542
6   and 3, as charged in the Indictment; and

7   WHEREAS, by virtue of said guilty plea and the Court's findings, the
8   United States is now entitled to an Order of Forfeiture in its favor against the Defendant
9   in the form of a forfeiture money judgment representing the amount of the proceeds
10  received by the Defendant in the amount of $100,767.00, pursuant to 18 U.S.C.
11  § 982(a)(2)(B) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

12  WHEREAS, by virtue of the facts set forth in the plea agreement and financial
13  addendum, the United States has established the requisite nexus between the
14  $100,767.00 forfeiture money judgment and the offense set forth in Count 1; and

15  WHEREAS, the Defendant has agreed that the provisions for the substitution of
16  assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States may
17  take actions to collect the forfeiture money judgment; and

18  WHEREAS, the United States, having submitted the Order herein to the
19  Defendant through his attorney of record, to review, and no objections having been
20  received;

21  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

22  1.   Based on the guilty plea of the Defendant to Counts 1 and 2 of the
23  Information, the United States is entitled to a forfeiture money judgment against
24  Defendant in the amount of $100,767.00 pursuant to 18 U.S.C. § 982(a)(2)(B),
25  representing the proceeds Defendant personally received from the offense of
26  conviction set forth in Count 1, which forfeiture money judgment is in favor of the
27  United States against Defendant TIEN TAN VO, with interest to accrue thereon in
28  accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $100,767.00 to satisfy the forfeiture money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

7. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 10/19/2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge