

FILED DEC 5 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIEN TAN VO,<br><br>Defendant. | Case No.: 23-CR-1700-AHG<br><br>ORDER OF RESTITUTION |
|---|---|

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663(a)(3), Defendant TIEN TAN VO shall pay restitution in the amount of $5,108.88 as a result of his conviction for accessory after the fact to entry of goods by means of false statement, in violation of 18 U.S.C. § 542 and 3, and receipt in interstate commerce of misbranded drugs and devices and delivery for pay or otherwise, in violation of 21 U.S.C. §§ 331(c) and 333(a)(1). Restitution shall be payable to the victims of the offense, as follows:

| A.D. | $200.00 |
|---|---|
| M.C.P. | $220.00 |

| | |
|---|---|
| S.M. | $240.00 |
| S.B.C. | $800.00 |
| V.C. | $500.00 |
| J.D.Z. | $458.88 |
| R.H. | $800.00 |
| J.B. | $840.00 |
| M.B.M. | $70.00 |
| A.E.C. | $450.00 |
| L.S. | $180.00 |
| V.M.A. | $350.00 |
| Total | $5,108.88 |

2. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. Pay the full amount of restitution within 30 days of the entry of this restitution order.

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

5.  The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

>   Clerk of the Court
>   United States District Court
>   Southern District of California
>   333 West Broadway, Suite 420
>   San Diego, CA 92101

Upon receipt of any restitution payments, the Clerk of the Court will distribute the restitution to the victims.

6.  The Court has determined that Defendant has the ability to pay interest. Thus, Defendant shall pay interest pursuant to 18 U.S.C. § 3612(f)(1). No interest shall accrue for the first thirty (30) days after this order is entered.

7.  Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution no later than thirty days after the change occurs.

8.  Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.

IT IS SO ORDERED.

DATED: 12/5/2023

_____
HON. ALLISON H. GODDARD
United States District Court